ACCEPTED
03-13-00790-CV
8306917
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/18/2015 2:48:40 PM
JEFFREY D. KYLE
CLERK

## No. 03-13-00790-CV

**IN THE COURT OF APPEALS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

**FOR THE THIRD DISTRICT OF TEXAS** 12/18/2015 2:48:40 PM
JEFFREY D. KYLE
Clerk

**AT AUSTIN**

**T. MARK ANDERSON AND CHRISTINE ANDERSON, AS CO-EXECUTORS OF THE ESTATE OF TED ANDERSON**

*Appellants/Cross-Appellees,*

**v.**

**RICHARD T. ARCHER, DAVID B. ARCHER, CAROL ARCHER BUGG, JOHN V. ARCHER, KAREN ARCHER BALL, AND SHERRI ARCHER**

*Appellees/Cross-Appellants.*

## CROSS-APPELLANTS' FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

**Laurie Ratliff**
**State Bar No.  00784817**
**Frank N. Ikard, Jr.**
**State Bar No. 10386000**
**IKARD GOLDEN JONES P.C.**
**400 W. 15th St., Suite 975**
**Austin, Texas 78701**
**Telephone: (512) 472-6695**
**Telecopier: (512) 472-3669**
**laurieratliff@igjlaw.com**

**ATTORNEYS FOR APPELLEES/CROSS-APPELLANTS**

## IN THE COURT OF APPEALS

## FOR THE THIRD DISTRICT OF TEXAS

## AT AUSTIN

**T. MARK ANDERSON AND CHRISTINE ANDERSON, AS CO-EXECUTORS OF THE ESTATE OF TED ANDERSON**

*Appellants/Cross-Appellees,*

**v.**

**RICHARD T. ARCHER, DAVID B. ARCHER, CAROL ARCHER BUGG, JOHN V. ARCHER, KAREN ARCHER BALL, AND SHERRI ARCHER**

*Appellees/Cross-Appellants.*

## CROSS-APPELLANTS' FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellees/Cross-Appellants, Richard T. Archer, David B. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri Archer (the Archer Family), respectfully file their Texas Rules of Appellate Procedure 38.6(c) and 10.5(b) First Unopposed Motion for Extension of Time to File Cross-Appellants' Reply Brief.

Cross-Appellee filed their brief on December 8, 2015. The Archer Family's Cross-Appellants' Reply Brief is currently due December 28, 2015. This case is set on the Court's January 27, 2016 oral argument docket. The Archer Family respectfully requests a 14-day extension of time, making their reply brief due on January 11, 2016.

The Archer Family requests a 14-day extension of their December 28, 2015 deadline for the following reasons.

The requested extension is necessary for the Archer Family's counsel to have sufficient time to prepare their Cross-Appellants' Reply Brief and to satisfy other obligations. Ms. Ratliff is and has been working on other trial court matters with deadlines during the relevant time that necessitate the filing of this motion. Further, Ms. Ratliff is scheduled to be out of the office for the Christmas holiday on several days during the time when the brief is currently due.

This is the Archer Family's first request for an extension of time to file their Cross-Appellants' Reply Brief. Appellants/Cross-Appellees filed, and the Court granted, three extensions of time to file their appellants' brief. The Court further granted an opposed motion for leave to file cross-appellees' brief, effectively granting Cross-Appellees a nine-month extension of time.

The Archer Family's requested extension is not sought for delay.

Cross-Appellees do not oppose the Archer Family's requested extension.

For these reasons, Appellee/Cross-Appellants Richard T. Archer, David B. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri Archer respectfully request that this Court grant their first unopposed motion for extension of time and set Cross-Appellants' Reply Brief deadline for January 11, 2016. The Archer Family prays for such other and further relief to which they may be entitled.

Respectfully submitted,

IKARD GOLDEN JONES, P.C.

/s/ *Laurie Ratliff*
Laurie Ratliff
State Bar No. 00784817
Frank N. Ikard, Jr.
State Bar No. 10386000
400 West 15th Street, Suite 975
Austin, Texas 78701
Telephone: (512) 472-6695
Telecopier: (512) 472-3669
laurieratliff@igjlaw.com

ATTORNEYS FOR
APPELLEES/CROSS-APPELLANTS
RICHARD T. ARCHER, DAVID B. ARCHER,
CAROL ARCHER BUGG, JOHN V. ARCHER,
KAREN ARCHER BALL AND SHERRI ARCHER

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below a copy of *Cross-Appellants' First Unopposed Motion for Extension of Time to File Reply Brief* was served on the counsel of record listed below via electronic delivery in accordance with the Texas Rules of Appellate Procedure on this 18th day of December 2015:

***Via e-service file and email***
Scott R. Kidd
KIDD LAW FIRM
819 West 11th
Austin, Texas 78701

*Attorneys for Appellants/Cross-Appellees*
*T. Mark Anderson and Christine Anderson*

> /s/   *Laurie Ratliff*
> Laurie Ratliff

t:\archer 3 2007 tortious interference\appeal\motions\archers motion for extension of time to file cross-appellants' reply brief.docx

5